No. 277. UNITED STATES *v.* OTOE AND MISSOURIA TRIBE OF INDIANS. Court of Claims. Certiorari denied. MR. JUSTICE BLACK would dismiss on the ground that no case or controversy is involved. MR. JUSTICE REED is of the opinion certiorari should be granted. *Solicitor General Soboloff, Assistant Attorney General Morton, Marvin E. Frankel, Roger P. Marquis* and *John C. Harrington* for the United States. *Luther Bohanon* and *Marvin J. Sonosky* for respondent.

No. 294. SAMISH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *Harold C. Faulkner, Bartley C. Crum* and *Frederick J. Ludwig* for petitioner. *Solicitor General Soboloff, Assistant Attorney General Holland, Joseph M. Howard* and *Harold S. Larsen* for the United States.